UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00391-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PHI PHAM,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on Defendant's Unopposed Motion to Continue Trial Preparation Conference and Jury Trial (filed November 28, 2007). The motion seeks to vacate the final trial preparation conference set for Friday, November 30, 2007, and to continue the trial currently set to commence on Monday, December 10, 2007. Defendant's motion is granted pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). A period of 60 days shall be excluded from the speedy trial deadlines, and the trial and final trial preparation conference are vacated.

Specifically, I find that the failure to grant a continuance in this case which I do not find to be complex at this time would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). This is based on Defendant's assertion that the parties are trying to settle the case and need additional time for settlement discussions. Based on the foregoing, I also find that the ends of

justice served by a 60 day continuance in this case outweigh the best interest of the public and Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

In conclusion, it is

ORDERED that Defendant's Unopposed Motion to Continue Trial Preparation Conference and Jury Trial is **GRANTED** pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv). In accordance therewith, it is

ORDERED that a period of 60 days shall be excluded from the speedy trial deadlines. It is

FURTHER ORDERED that the trial set to commence Monday, December 10, 2007, at 9:00 a.m. and the hearing on pending motions/final trial preparation conference set for Friday, November 30, 2007 are **VACATED**. It is

FURTHER ORDERED that on or before **Monday, December 17, 2007**, the parties shall contact chambers at (303) 844-2170 to reset the trial, final trial preparation conference and a status conference or hearing on pending motions, if necessary.

Dated: November 29, 2007

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge